

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-20-00339-CV

**IN THE INTEREST OF K.T.H.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00533
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED, and appointed counsel's motion to withdraw is DENIED.

We order that no costs be assessed against the appellant because she is indigent.

SIGNED November 25, 2020.

_____
Rebeca C. Martinez, Justice